IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | Case No. 1:20-cr-273 |
| --- | --- | --- |
| | ) | |
| v. | ) | Count 1: 18 U.S.C. § 1029(a)(2) |
| | ) | (Access Device Fraud) |
| PATRICIA ANDREA LANDAETA GONCHAR, | ) | |
| | ) | Count 2: 18 U.S.C. § 1028A(a)(1) |
| | ) | (Aggravated Identity Theft) |
| Defendant. | ) | |
| | ) | Forfeiture Notice |

FILED IN OPEN COURT
DEC - 3 2020
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## INDICTMENT

December 2020 Term - at Alexandria, Virginia

## COUNT 1

(Access Device Fraud)

THE GRAND JURY CHARGES THAT:

On or about October 3, 2019, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, PATRICIA ANDREA LANDAETA GONCHAR, knowingly and with intent to defraud, used an unauthorized access device, namely, a PNC credit card in the name of G.T., and by such conduct, obtained items of value aggregating $1,000 or more during a one-year period, which offense affected interstate commerce.

(In violation of Title 18, United States Code, Section 1029(a)(2).)

1

# COUNT 2

(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 3, 2019, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, PATRICIA ANDREA LANDAETA GONCHAR, during and in relation to the Access Device Fraud alleged in Count 1 of this Indictment, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, namely, the name, social security number, driver's license, Bank of America debit card, and TD Bank debit card of G.G.M., knowing that the means of identification belonged to another actual person.

(In violation of Title 18, United States Code, Section 1028A(a)(1).)

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT THE PROPERTY DESCRIBED BELOW IS SUBJECT TO FORFEITURE:

1. Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant, PATRICIA ANDREA LANDAETA GONCHAR, is hereby notified that, if convicted of an offense alleged in in this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), her interest in any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as the result of the Count(s) of conviction.

2. If property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute property in United States currency, representing the amount of proceeds obtained as a result of the offenses.

(In accordance with Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.)

G. Zachary Terwilliger
United States Attorney

A TRUE BILL

By: _____
Matthew P. Downer
Special Assistant United States Attorney
Marc J. Birnbaum
Assistant United States Attorney

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.
FOREPERSON OF THE GRAND JURY

3