IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICIA ANDREA LANDAETA GONCHAR,<br><br>Defendant. | Case No. 1:20-cr-273 |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America by and through its attorneys, Raj Parekh, Acting United States Attorney, Eastern District of Virginia, and Christopher Hood, Assistant United States Attorney, respectfully requests that the above-captioned Affidavit in Support of Complaint filed on November 3, 2020 be unsealed.

This office previously requested the Affidavit in Support of Complaint be sealed until further order of the Court. The United States now respectfully requests that this affidavit be unsealed as the investigation is complete.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

Date: April 15, 2021     By: _____
Christopher J. Hood
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICIA ANDREA LANDAETA GONCHAR,<br><br>Defendant. | Case No. 1:20-cr-273 |

## ORDER TO UNSEAL

It is hereby ORDERED that the Affidavit in Support of Complaint in the above-captioned case is UNSEALED.

_____
The Honorable Claude M. Hilton
UNITED STATES DISTRICT JUDGE

Date: _____

Alexandria, Virginia

I ASK FOR THIS:

*/s/ CHH*
_____
Christopher J. Hood
Assistant United States Attorney